LATHAM & WATKINS LLP
Melanie M. Blunschi (Bar No. 234264)
*melanie.blunschi@lw.com*
Kristin Sheffield-Whitehead (Bar No. 304635)
*kristin.whitehead@lw.com*
Catherine A. Rizzoni (Bar No. 322267)
*cat.rizzoni@lw.com*
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Margaret A. Upshaw (*pro hac vice*)
*maggie.upshaw@lw.com*
Ruth Hirsch (*pro hac vice*)
*ruth.hirsch@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

*Attorneys for Defendant*
*Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

A.A. and C.M., individually and on behalf of all others similarly situated,

Plaintiffs,

v.

META PLATFORMS, INC.,

Defendant.

Case No. 3:25-cv-08852-JSC

**DEFENDANT META PLATFORMS, INC.'S STATEMENT OF RECENT DECISION**

Judge: Hon. Jacqueline Scott Corley

Pursuant to Civil Local Rule 7-3(d)(2), Defendant Meta Platforms, Inc. ("Meta") respectfully submits this Statement of Recent Decision in connection with its pending Motion to Dismiss Complaint (Dkt. 13) ("Motion to Dismiss").

Attached as Exhibit A is a copy of a recent decision issued by Judge Beeler of the U.S. District Court for the Northern District of California in *Natassia Timothee, et al. v. Meta Platforms, Inc., et al.*, No. 25-cv-05106-LB (decided April 27, 2026). This decision was issued after Meta filed its Reply in Support of the Motion to Dismiss on January 15, 2026 (Dkt. 22).

Dated: May 1, 2026

Respectfully submitted,

LATHAM & WATKINS LLP

By <u>*/s/ Melanie M. Blunschi*</u>

Melanie M. Blunschi (Bar No. 234264)
*melanie.blunschi@lw.com*
Kristin Sheffield-Whitehead (Bar No. 304635)
*kristin.whitehead@lw.com*
Catherine A. Rizzoni (Bar No. 322267)
*cat.rizzoni@lw.com*
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Margaret A. Upshaw (*pro hac vice*)
*maggie.upshaw@lw.com*
Ruth Hirsch (*pro hac vice*)
*ruth.hirsch@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

*Attorneys for Defendant*
*Meta Platforms, Inc.*