United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

A.A., et al.,

Plaintiffs,

v.

META PLATFORMS, INC.,

Defendant.

Case No. 25-cv-08852-JSC

**JUDGMENT**

The Court having granted Defendant's Motion to Dismiss Plaintiffs' First Amended Class Action Complaint by Order filed November 13, 2026, enters judgment in favor of Defendant and against Plaintiffs with prejudice.

**IT IS SO ORDERED.**

Dated: November 13, 2026

Jacqueline Scott Corley

JACQUELINE SCOTT CORLEY
United States District Judge